UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
ERICA SCHAFFER                  :
On behalf of herself and all other :
persons similarly situated,     :
                                :
        Plaintiffs,             :
                                :
            v.                  :   Civil Action
                                :   No.  05-1699
QORVIS COMMUNICATIONS, LLC,     :
                                :
        Defendant.              :
_____ :
```

## ORDER TO SHOW CAUSE

On August 26, 2005, Plaintiff filed a Complaint against Defendant Qorvis Communications, LLC.[1] Since that time, Plaintiff has failed to effect service on Defendant. Fed. R. Civ. P. 4(m) stipulates that when

> service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Accordingly, it is hereby

---

[1] Without seeking leave from the Court, Plaintiff filed an Amended Complaint on October 3, 2005. However, as the Amended Complaint does not add any additional defendants, the 120 day period is counted from date the original Complaint was filed.

**ORDERED** that Plaintiff show cause no later than January 20, 2006, why her Complaint should not be dismissed for failure to prosecute.


January 10, 2006                              /s/
                                         Gladys Kessler
                                         U.S. District Judge