IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERICA SCHAFFER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No: 1:05CV1699(GK) |
| | : | |
| QORVIS COMMUNICATIONS, LLC | : | |
| | : | |
| Defendant. | : | |
| ................................ | : | |

PRAECIPE

The Court will please enter the appearance of Tracy Reichman Kalik as additional counsel for the plaintiffs to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated:  January 11, 2006          Respectfully Submitted,

                                  HEIDEMAN NUDELMAN & KALIK P.C.
                                  1146 19th Street, 5th Floor
                                  Washington, DC  20036
                                  Telephone:  202-463-1818
                                  Telefax:  202-463-2999

                                  By:__/s/ *Tracy Reichman Kalik*_____
                                        Tracy Reichman Kalik (No. 462055)

CERTIFICATE OF SERVICE

      I hereby certify that on this the 11th day of January 2006 the forgoing Praecipe was filed with the Court via the Electronic Case Filing (ECF) System and a copy was mailed via First Class United States Mail to the following counsel for the Defendant:

Damien Stewart  
Holland & Knight, LLP  
2099 Pennsylvania Avenue, NW  
Suite 100  
Washington, DC  20006

                                                               /s/ Tracy Reichman Kalik  
                                                               Tracy Reichman Kalik