IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERICA SCHAFFER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No: 1:05CV1699(GK) |
| | : | |
| QORVIS COMMUNICATIONS, LLC | : | |
| | : | |
| Defendant. | : | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : | |

PLAINTIFF'S STATUS REPORT

COMES NOW the Plaintiff, Erica Schaffer, and pursuant to this Court's Order of 10 January 2005 to show cause, hereby files this Status Report to advise the Court of the current status of the case:

1. On August 26, 2005, Plaintiff filed her Complaint against the Defendant.

2. On October 4, 2005, Plaintiff amended the Complaint, prior to the Defendant's filing a responsive pleading.

3. Upon filing Complaint, Plaintiffs' counsel was contacted by Defendant's counsel, and the parties began discussing the possibility of an early resolution of this matter.

4. Settlement discussions have been ongoing, and in December 2005, the parties reached a settlement of the plaintiff's claims, subject to the parties entering into a written Settlement Agreement.

5. A draft Settlement Agreement has been exchanged between the parties, and the parties are still negotiating the final terms of the Settlement Agreement.

6.  The parties expect to execute a Settlement Agreement and file a Joint

Stipulation of Dismissal with Prejudice within the next thirty (30) days.

7.  As set forth above, Plaintiff had been vigorously attempting to prosecute and

resolve her claims.  Therefore, Plaintiff requests that the Court take no further

action on this matter at this time, so that the parties may complete the

resolution of this matter within the next thirty (30) days.

January 11, 2006

Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK P.C.


_/s/Richard D. Heideman_____
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)
1146 19th Street, NW
Fifth Floor
Washington, DC 20036
Telephone: (202) 463-1818
Telefax:  (202) 463-2999


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 11th day of January 2006 the forgoing Plaintiff's
Status Report was filed with the Court via the Electronic Case Filing (ECF) System and a
copy was mailed via First Class United States Mail to the following counsel for the
Defendant:

Damien Stewart
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC  20006

_____/s/ Tracy Reichman Kalik_____
Tracy Reichman Kalik