**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
ERICA SCHAFFER,               )
                              )
            Plaintiff,        )
    v.                        )     Civil Action No. 05-1699 (GK)
                              )
QORVIS COMMUNICATIONS, LLC,   )
                              )
            Defendant.        )
_____)
```

**O R D E R**

On January 10, 2006, the Court issued an Order requiring Plaintiff to show cause, by January 20, 2006, why this case should not be dismissed for failure to prosecute.  On January 11, 2006, Plaintiff filed a Status Report indicating that the parties were "negotiating the final terms of [a] Settlement Agreement," and that they "expect to execute a Settlement Agreement and file a Joint Stipulation of Dismissal with Prejudice within the next thirty (30) days."  Accordingly, it is hereby

**ORDERED** that this case will be dismissed on **February 15, 2006,** if the parties do not file a praecipe prior to that date informing the Court that the case has been dismissed or, alternatively, providing a status update.


January 16, 2006

/s/_____
Gladys Kessler
United States District Judge

<u>Copies to</u>:  Attorneys of record via ECF