IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERICA SCHAFFER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No: 1:05CV1699(GK) |
| | : | |
| QORVIS COMMUNICATIONS, LLC | : | |
| | : | |
| Defendant. | : | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : | |

PLAINTIFF'S STATUS REPORT

COMES NOW the Plaintiff, Erica Schaffer, and pursuant to this Court's Order of 16 January 2006 files the following Status Update:

1. As the Plaintiff, reported in her Status Report of 11 January 2006, the parties have agreed to a Settlement of the above referenced matter.

2. Since the filing of the 11 January 2006 Status Report, the parties have agreed to terms in a written Settlement Agreement and this Settlement Agreement has been exchanged between the parties.

3. Plaintiff has provided to counsel for the Defendant a signed copy of this Settlement Agreement.

4. Counsel for the Defendant has advised that the Defendant's representative has signed the Settlement Agreement, but the Defendant's counsel is not yet in receipt of the signed Settlement Agreement.

5. Upon exchange of the fully executed Settlement Agreement, the parties will file a Stipulation of Dismissal with the Court.

6. The parties expect to file the Stipulation of Dismissal not later than 22 February 2006.

February 15, 2006

                                         Respectfully submitted,

                                       HEIDEMAN NUDELMAN & KALIK P.C.

                                       _/s/Tracy Reichman Kalik_____
                                       Richard D. Heideman (No. 377462)
                                       Noel J. Nudelman (No. 449969)
                                       Tracy Reichman Kalik (No. 462055)
                                       1146 19th Street, NW
                                       Fifth Floor
                                       Washington, DC 20036
                                       Telephone: (202) 463-1818
                                       Telefax:  (202) 463-2999

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of February 2006 the forgoing Plaintiff's Status Report was filed with the Court via the Electronic Case Filing (ECF) System and a copy was mailed via First Class United States Mail to the following counsel for the Defendant:

Damien Stewart
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC  20006

                                               ___/s/ Tracy Reichman Kalik____
                                               Tracy Reichman Kalik