UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERICA SCHAFFER,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 05-1699 (GK) |
| **QORVIS COMMUNICATIONS, LLC,** | : |
| **Defendant.** | : |

### O R D E R

In light of Plaintiff's representations in the Status Report filed on February 15, 2006, it is hereby

**ORDERED**, that this case will be **dismissed** on February 28, 2006, if a Stipulation of Dismissal has not yet been filed.


February 16, 2006                     /s/
                                      Gladys Kessler
                                      United States District Judge

**Copies to:**  Attorneys of record via ECF