UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ERICA SCHAFFER  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>QORVIS COMMUNICATIONS, LLC,  )<br>  )<br>Defendants.  )<br>_____) | Civil Action No.: 1:05cv1699(GK) |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Parties, through their undersigned counsel, hereby submit this Joint Stipulation for Dismissal with Prejudice.

This is to inform the Court that the Parties have reached an amicable resolution to this matter. Accordingly, the Parties respectfully request that the Court enter the attached order dismissing this case with prejudice.

Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK P.C.

_____
Richard D. Heideman, Bar No. 377462
Tracy Reichman Kalik, Bar No. 462055
Heideman Nudelman & Kalik, P.C.
1146 19TH Street, NW
Fifth Floor
Washington, D.C. 20036
202-463-1818 (Tel)
202-463-2999 (Fax)

*Counsel for Plaintiff*

HOLLAND & KNIGHT LLP

_____
Damien G. Stewart, Bar No. 465266
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C. 20006
202-457-7163 (Tel)
202-955-5564 (Fax)

*Counsel for Defendant*