UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ERICA SCHAFFER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QORVIS COMMUNICATIONS, LLC, )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:05cv1699(GK) |

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice.

**THE COURT** having considered the Stipulation, reviewed the file and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that this Action is hereby Dismissed with Prejudice. Each party is to pay their own costs and attorneys' fees.

**DONE AND ORDERED** in chambers this ___ day of February, 2006.

*/s/ Gladys Kessler*
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record